THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEATRICE PARKER and Others, Appellants.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PERLBINDER REALTY CORPORATION, Respondent, v. IRVING TRUST COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

AUGUSTUS S. EMMET, Respondent, v. WALL STREET DEVELOPMENT CORPORATION (Substituted for JEREMIAH F. DONOVAN), Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NATHAN H. JURAN, the Holder of a Participation Certificate in a Mortgage Issued by the TITLE GUARANTEE AND TRUST COMPANY, Suing on Behalf of Himself and All Other Participation Certificate Holders in Said Mortgage, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRY EISENSTEIN, Appellant, v. COMMERCIAL FACTORS CORPORATION and Another, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH SINGER, Respondent, v. DAVID L. SACKS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ULLMAN-JESSEL, INC., Respondent, v. WASHINGTON PIECE DYEING AND FINISHING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PERLEY MORSE and Others, Respondents, v. LEBANON NATIONAL BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of LOUIS RUBIN, Doing Business as FILLMORE PHARMACY, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY and Others, Constituting the State Liquor Authority, Respondents.— Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MERCANTILE BANK AND TRUST COMPANY, Appellant, v. TRIO AMUSEMENT CO., INC., and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.